**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **AllEcom** Corp. |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 7 – 0 9 5 9 1 9 8 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| <u>10406 Kingston Creek Lane</u><br>Number        Street | <br>Number        Street |
| <u>Cypress, TX 77433</u><br>City                          State      ZIP Code | <br>City                          State      ZIP Code |
| <u>Harris</u><br>County | **Location of principal assets, if different from principal place of business** |
| | <u>9935 Doerr Lane</u><br>Number        Street |
| | <u>Schertz, TX 78154</u><br>City                          State      ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    __AllEcom Corp.__        Case number *(if known)* _____
     Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

__4__ __9__ __2__ __2__

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☑ No <br> ☐ Yes. District _____ When _____ Case number _____ <br>            MM / DD / YYYY <br>       District _____ When _____ Case number _____ <br>                 MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☑ No <br> ☐ Yes. Debtor _____ Relationship _____ <br>       District _____ When _____ <br>                     MM / DD / YYYY <br>       Case number, if known _____ |

Debtor   **AllEcom Corp.**
         _____   Case number *(if known)* _____
         Name

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br><br>   Number   Street<br>_____<br><br>_____<br>   City             State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000          ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000   ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million ☐ More than $50 billion |

| Debtor | **AllEcom Corp.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/21/2025__
MM/ DD/ YYYY

X __/s/ Kha Pham__                       __Kha Pham__
Signature of authorized representative of debtor          Printed name

Title    **President & Sole Shareholder**

**18. Signature of attorney**

X        __/s/ Anabel King__          Date __03/21/2025__
Signature of attorney for debtor                    MM/ DD/ YYYY

__Anabel King__
Printed name

__Wauson|King__
Firm name

__52 Sugar Creek Center Blvd Suite 325__
Number        Street

__Sugar Land__                    __TX__    __77478__
City                        State    ZIP Code

__(281) 242-0303__                __aking@w-klaw.com__
Contact phone                    Email address

__24067659__                    __TX__
Bar number                    State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---:|
| a. Total assets | **$306,082.93** |
| b. Total debts (including debts listed in 2.c., below) | **$3,310,215.73** |
| c. Debt securities held by more than 500 holders | |

Approximate number of holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | | |

d. Number of shares of preferred stock

e. Number of shares common stock

Comments, if any: _____

3. Brief description of debtor's business _____ Subcontractor for FedEx

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Fill in this information to identify the case:

Debtor name _____ **AllEcom Corp.** _____

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Kha Pham 10406 Kingston Creek Lane Cypress, TX 77433 | | | | | | $1,719,400.00 |
| 2 Celtic Bank 268 South State Street 300 Salt Lake City, UT 84111 | | | Contingent Disputed | $697,505.11 | $77,331.93 | $620,173.18 |
| 3 Haltrans Inc. 1507 Whitfield St. Sugar Land, TX 77479 | | Houston Route | Contingent Disputed Unliquidated | | | $300,000.00 |
| 4 Kha Pham 10406 Kingston Creek Lane Cypress, TX 77433 | | Unpaid Wages | | | | $165,650.00 |
| 5 Eastern Funding P.O. Box 6552 White Plains, NY 10602 | | | | $87,746.84 | $27,500.00 | $60,246.84 |
| 6 Allegiant Partners Incorporated 123 SW Columbia St. Bend, OR 97702 | | | | $20,811.56 | $20,000.00 | $20,811.56 |
| 7 Allegiant Partners Incorporated 123 SW Columbia St. Bend, OR 97702 | | | | $26,734.68 | $7,500.00 | $19,234.68 |
| 8 Allegiant Partners Incorporated 123 SW Columbia St. Bend, OR 97702 | | | | $17,818.02 | $2,000.00 | $17,818.02 |

Debtor   **AllEcom Corp.**
_____          Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  Allegiant Partners Incorporated<br>123 SW Columbia St.<br>Bend, OR 97702 | | | | $19,609.25 | $22,000.00 | $17,218.50 |
| 10  Allegiant Partners Incorporated<br>123 SW Columbia St.<br>Bend, OR 97702 | | | | $17,818.02 | $2,000.00 | $15,818.02 |
| 11  Kha Pham<br>10406 Kingston Creek Lane<br>Cypress, TX 77433 | | Unpaid Wages | | | | $15,150.00 |
| 12  Allegiant Partners Incorporated<br>123 SW Columbia St.<br>Bend, OR 97702 | | | | $26,734.68 | $12,500.00 | $14,234.68 |
| 13  Allegiant Partners Incorporated<br>123 SW Columbia St.<br>Bend, OR 97702 | | | | $28,462.70 | $15,000.00 | $13,462.70 |
| 14  Allegiant Partners Incorporated<br>123 SW Columbia St.<br>Bend, OR 97702 | | | | $26,096.73 | $15,000.00 | $11,096.73 |
| 15  Allegiant Partners Incorporated<br>123 SW Columbia St.<br>Bend, OR 97702 | | | | $26,734.68 | $22,000.00 | $4,734.68 |
| 16  Allegiant Partners Incorporated<br>123 SW Columbia St.<br>Bend, OR 97702 | | | | $26,734.68 | $22,000.00 | $4,734.68 |
| 17  Kristen Hoyt<br>502 N. Seguin Ave.<br>New Braunfels, TX 78130 | | | | | | $4,451.98 |
| 18  Daryl John<br>Tax Assessor-Collector<br>307 W. Court St.<br>, 78155 | | | | | | $2,333.12 |
| 19  Allegiant Partners Incorporated<br>123 SW Columbia St.<br>Bend, OR 97702 | | Lien on Title | PMSI | | $20,811.56 | $20,000.00 | $811.56 |
| 20 | | | | | | |

**Allegiant Partners Incorporated**
123 SW Columbia St.
Bend, OR 97702


**Celtic Bank**
268 South State Street 300
Salt Lake City, UT 84111


**Daryl John**
Tax Assessor-Collector
307 W. Court St.
78155


**Eastern Funding**
P.O. Box 6552
White Plains, NY 10602


**FedEx Ground Package System Inc.**
Business Development Solutions
1000 FedEx Drive
Moon Township, PA 15108

**Haltrans Inc.**
1507 Whitfield St.
Sugar Land, TX 77479


**Kha Pham**
10406 Kingston Creek Lane
Cypress, TX 77433


**Kha Pham Pham**
10406 Kingston Creek Lane
Cypress, TX 77433

**Kristen Hoyt**
502 N. Seguin Ave.
New Braunfels, TX 78130

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **AllEcom Corp.**                                    CASE NO

                                                           CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ____**03/21/2025**____     Signature _____**/s/ Kha Pham**_____
                                              Kha Pham, President & Sole Shareholder